# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-MKST, THE RR INTEREST OWNER AND THE FUTURE ADVANCE LENDER, | : : : : : : : : : : : : | CIVIL ACTION<br><br><br><br><br><br><br><br>No.: 2:23-cv-00146-NIQA |
| *Plaintiff*, | : : | |
| v. | : : | |
| NG 1500 MARKET ST. LLC, | : : | |
| *Defendant.* | : | |

## THIRD SUPPLEMENTAL RESPONSE OF DEFENDANT TO PLAINTIFF'S MOTION FOR APPOINTMENT OF A RECEIVER

On March 24, 2023, defendant NG 1500 Market St. LLC ("Borrower") filed a Second Supplemental Response to Plaintiff's Motion for Appointment of a Receiver, advising the Court that Borrower and Plaintiff were still making good faith efforts to reach agreement on a form of stipulated Order for the appointment of a receiver and requesting that the Court defer ruling on Plaintiff's motion for two weeks [i.e., until April 7, 2023] to allow the parties time to continue their attempt to negotiate a stipulated form of Order and the orderly transition of the Property.

Borrower believes that the parties have made significant progress on efforts to reach agreement on a stipulated form of Order, and Borrower believes that it will be productive for the parties to continue their efforts to reach agreement on the proposed form of receivership Order. Even if the parties cannot reach complete agreement on the form of Order, the

negotiation process will narrow considerably any areas of disagreement, thereby reducing the number of issues that the Court ultimately may have to decide.

        Borrower therefore requests that the Court defer ruling on Plaintiff's motion for an additional one (1) week (until April 14, 2023) to allow the parties more time to negotiate a stipulated form of Order.  If the parties do not reach complete agreement on the form of Order in that time frame, Borrower will submit an alternative form of Order to the Court, highlighting the specific areas of disagreement, or will make a further request that the Court defer ruling on Plaintiff's motion if Borrower believes that continued negotiations would be productive.

        Respectfully submitted,

        COZEN O'CONNOR

By:   */s/ Robert V. Dell'Osa*
       Robert V. Dell'Osa (44281)
       Erica Pulford (330878)
       1650 Market Street, Suite 2800
       Philadelphia, PA 19103
       rdellosa@cozen.com
       epulford@cozen.com
       (215) 665-2745

*Attorneys for Defendant NG 1500 Market St. LLC*

Dated: April 7, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2023, I served a true and correct copy of the foregoing Third Supplemental Response of Defendant to Plaintiff's Motion for Appointment of a Receiver upon the following via email:

Max L. Lieberman, Esquire
Marla Sones, Esquire
MAX L. LIEBERMAN & ASSOCIATES, P.C.
591 Skippack Pike, Suite 400
Blue Bell, PA  19422-2160

Aaron C. Jackson, Esquire
Kelsey E. Hodgdon, Esquire
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO  64112

*Attorneys for Plaintiff*

/s/ Robert V. Dell'Osa
Robert V. Dell'Osa

LEGAL\62747601\1