UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-MKST, THE RR INTEREST OWNER AND THE FUTURE ADVANCE LENDER,<br><br>Plaintiff,<br><br>v.<br><br>NG 1500 MARKET ST., LLC,<br><br>Defendant. | Civil Action No.   23-CV-00146-NIQA |

## MOTION TO MODIFY THE RECEIVERSHIP ORDER

CBRE, Inc. in its capacity as receiver ("**Receiver**") respectfully moves this Court for an order modifying the receivership order entered by this Court on April 14, 2023 under ECF 20. The Receiver incorporates the accompanying memorandum of law in support of this motion.

Respectfully submitted,

Dated:  January 6, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mark Pfeiffer
Mark Pfeiffer (PA ID 76245)
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel:  (215 665-8700
Fax:  (215) 665-8760
Email:  mark.pfeiffer@bipc.com

*Attorneys for CBRE, Inc., as receiver*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I served or caused to be served a true and correct copy of the foregoing document via ECF notification.

Dated:   January 6, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mark Pfeiffer
Mark Pfeiffer (PA ID 76245)
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel:  (215 665-8700
Fax:  (215) 665-8760
Email:  mark.pfeiffer@bipc.com

*Attorneys for CBRE, Inc., as receiver*