IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-MKST, THE RR INTEREST OWNER AND THE FUTURE ADVANCE LENDER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| NG 1500 MARKET ST. LLC, | : | |
| Defendant. | : | No. 2:23-cv-00146-NIQA |

**CERTIFICATE OF SERVICE OF THE COURT'S
AUGUST 4, 2025 ORDER ON DEFENDANT**

I hereby certify that, as directed by the Court's August 4, 2025 Order granting Cozen O'Connor's Motion to Withdraw as Counsel for Defendant and Request for Extension of Time in which Defendant Must Respond to the Receiver's Motion for Contempt, I caused a true and correct copy of the Order to be served on defendant NG 1500 Market St. LLC as follows:

<u>By Email on August 5, 2025</u>

Mr. Elchonon Schwartz
Email: <u>eschwartz@npg.co</u>

<u>By Certified Mail, Return Receipt Requested on August 6, 2025</u>

VCORP Services, LLC
108 W. 13th Street, Suite 100
Wilmington, DE 19801
(Defendant's registered agent for service)

                                        COZEN O'CONNOR

                              By:    */s/ Robert V. Dell'Osa*
                                            Robert V. Dell'Osa (44281)
                                            1650 Market Street, Suite 2800
                                            Philadelphia, PA 19103
                                            (215) 665-2745
                                            rdellosa@cozen.com

Dated: August 6, 2025