## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATE,<br><br>      Plaintiff,<br><br>  v.<br><br>NG 1500 MARKET ST., LLC,<br><br>      Defendant. | Civil Action No.  23-cv-00146-NIQA |

## FINANCIAL REPORT OF RECEIVER

CBRE, Inc. having been appointed on April 14, 2023 as the Receiver ("Receiver") of the real property located at 1500 Market Street, Philadelphia, Pennsylvania 19102, pursuant Section 11 of the Stipulated Order for Appointment of Receiver ("Order"), hereby submits the within written report as Exhibit "1" setting forth receipts and disbursements and reporting all acts and transactions regarding the execution of the trust of its office as Receiver, including a current inventory of the funds, and all debts and obligations contracted and expenditures made.

**CBRE, Inc.**

Dated: September 5, 2025

*By Counsel*

*/s/ Mark Pfeiffer*
Mark Pfeiffer  (PA ID 76245)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel:  (215 665-8700
Fax:  (215) 665-8760
Email:  mark.pfeiffer@bipc.com

*Attorneys for CBRE, Inc., as Receiver*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATE, | : : : : : : : : |
| Plaintiff, | : : |
| v. | : : |
| NG 1500 MARKET ST., LLC, | : : |
| Defendant. | : : |

Civil Action No.  23-cv-00146-NIQA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2025, I served or caused to be served a true and correct copy of the foregoing Report via ECF notification and on parties on the attached service list as noted thereon.

Dated: September 5, 2025

/s/ Mark Pfeiffer
Mark Pfeiffer (PA ID 76245)
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel:  (215 665-8700
Fax:  (215) 665-8760
Email:  mark.pfeiffer@bipc.com

*Attorneys for CBRE, Inc., as Receiver*

**Service List**

**Via electronic mail:**

Max L. Lieberman, Esquire
Max L. Lieberman & Associates, P.C.
591 Skippack Pike, Suite 400
Blue Bell, PA 19422-2160
liebermn@lslaw.com

and

Aaron C. Jackson, Esquire
Polsinelli PC
900 West 48th Place, Ste. 900
Kansas City, MO  64112
ajackson@polsinelli.com
Attorneys for Plaintiff

**Via overnight mail:**

NG 1500 Market St, LLC
c/o VCORP Services, LLC
108 W. 13th Street, Suite 100
Wilmington, DE 19801
Borrower