IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-MKST, THE RR INTEREST OWNER AND THE FUTURE ADVANCE LENDER,** *Plaintiff,* <br><br> v. <br><br> **NG 1500 MARKET ST. LLC,** *Defendant.* | : : : : : : : : : : : : : : : : : : : | **CIVIL ACTION** <br><br> **NO. 23-146** |

## ORDER

**AND NOW**, this 6th day of November 2025, upon consideration of CBRE, Inc.'s *motion for contempt*, (ECF 49), to which no response has been filed, it is hereby **ORDERED** that the motion for contempt is **GRANTED**.[1] Accordingly, this Court grants the following sanctions:

---

[1] On April 14, 2023, this Court entered a Receivership Order appointing CBRE, Inc. as Receiver. (*See* ECF 20). This Court modified the Receivership Order on February 18, 2025. (*See* ECF 43). On July 17, 2025, CBRE, Inc., in its capacity as Receiver, filed the underlying motion for contempt against "Defendant [NG 1500 Market St., LLC], Nightingale Realty LLC and Nitesky Management LLC, and any officer or employee of the foregoing limited liability companies who actively participated in diverting the Subject Funds [of $813,427.43] away from the Receiver in violation of the Receivership Order (collectively, the "Contempt Parties")," for disregarding and failing to comply with the Receivership Order. (ECF 49-1 at pp. 7-8). CBRE, Inc. sought sanctions, which this Court now grants.

By Order dated July 31, 2025, this Court granted the parties' stipulation to extend the time to allow Defendant NG 1500 Market Street to respond to the CBRE, Inc.'s motion for contempt, giving NG 1500 Market Street's until September 2, 2025 to file a response. (ECF 53). On August 4, 2025, this Court allowed Defendant NG 1500 Market Street's counsel to withdraw and granted a sixty-day extension for NG 1500 Market Street's to retain counsel and file a response to CBRE, Inc.'s motion for contempt. (ECF 54). As of the date of this Order, NG 1500 Market St. LLC appears to be unrepresented by counsel, and no response has been filed contesting CBRE, Inc.'s motion for contempt.

a. Defendant NG 1500 Market St., LLC, Nightingale Realty LLC, and Nitesky Management LLC, and any officer or employee of the foregoing limited liability companies who actively participated in diverting $813,427.43 away from the Receiver in violation of the Receivership Order (collectively, the "Contempt Parties"), jointly and severally, shall remit no less than the $813,427.43 ("the Subject Funds") to the Receiver within five (5) days of entry of an Order granting this Motion (the "Turnover Deadline");

b. The Contempt Parties are hereby directed, no later than the Turnover Date, to reimburse the Receiver for all attorneys' fees which were incurred in connection with the Defendant's failure to properly treat the Subject Funds in accordance with the Receivership Order;

c. A fine shall be imposed upon the Contempt Parties, jointly and severally, in the amount of $1,000 per day for each day after the Turnover Deadline that the Subject Funds and applicable attorneys' fees have not been paid to the Receiver, which amount shall be paid to the Receiver as damages; and

d. If the Subject Funds and applicable attorneys' fees are not paid to the Receiver by the Turnover Deadline, the Receiver shall be authorized to apply to this Court (i) for additional attorneys' fees incurred in connection with future efforts and proceedings related to the Contempt Parties; and (ii) for imprisonment of any or all of the Contempt Parties.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

Local Rule of Civil Procedure 7.1(c) provides, *in part*, that in the absence of a timely response, a motion may be granted as uncontested. Here, NG 1500 Market St. LLC has not responded by the required deadline: November 3, 2025. Accordingly, CBRE, Inc.'s motion is granted as uncontested.