# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| WELLS FARGO BANK, NA, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-MKS, THE RR INTEREST OWNER AND THE FUTURE ADVANCE LENDER | VS | NG 1500 MARKET ST. LLC | 2:23-CV-00146-NIQA |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

FRANK PRITCHETT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 11/07/2025

**Service:** I served NG 1500 MARKET ST. LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents)

ORDER

by leaving with VCORP SERVICES, LLC, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) At

☒ Business 108 W. 13TH STREET, SUITE 100, WILMINGTON, DE 19801
ADDRESS / CITY / STATE

On 11/07/2025 AT 11:00 AM
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
CITY STATE ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME   DATE TIME

(3) _____ (4) _____ (5) _____
DATE TIME   DATE TIME   DATE TIME

Age 55   Sex FEMALE   Race BLACK   Height 5'5   Weight 150   HAIR BLACK

FRANK PRITCHETT
BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 7TH day of NOVEMBER, 2025.

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE