## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-MKST, THE RR INTEREST OWNER AND THE FUTURE ADVANCE LENDER, | Civil Action No.   23-CV-00146-NIQA |
| Plaintiff, | |
| v. | |
| NG 1500 MARKET ST., LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I served or caused to be served a true and correct copy of the Judge Nitza I. Quiñes Alejandro's November 6, 2025 Order [ECF #59] on Elie Schwartz, CEO, Nightingale Properties and Nitesky Management LLC by U.S. First Class Mail, which were returned on November 12, 2025 marked "RETURN TO SENDER" "NOT DELIVERABLE AS ADDRESSED" "UNABLE TO FORWARD", identified on the attached Exhibit A.

Dated: November 24, 2025      */s/ Mark Pfeiffer*
　　　　　　　　　　　　　　　　　Mark Pfeiffer (PA ID 76245)
　　　　　　　　　　　　　　　　　Two Liberty Place
　　　　　　　　　　　　　　　　　50 S. 16th Street, Ste. 3200
　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　Tel:  (215) 665-8700
　　　　　　　　　　　　　　　　　Fax:  (215) 665-8760
　　　　　　　　　　　　　　　　　Email:  mark.pfeiffer@bipc.com

　　　　　　　　　　　　　　　　　*Attorneys for CBRE, Inc., as Receiver*

## "EXHIBIT A"

Case 2:23-cv-00146-NIQA     Document 62     Filed 11/24/25     Page 2 of 3

"EXHIBIT A"





Buchanan Ingersoll · Rooney
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413



Elie Schwartz, CEO
Nightengale Properties
1430 Broadway #1605
New York, NY 10018

```
NIXIE         100    FE 1        0011/12/25
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
     UTF    BC: 15219441350    *1143-05565-07-39
10218>6613
```

Buchanan Ingersoll · Rooney
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413





Nitesky Management LLC
1430 Broadway #1605
New York, NY 10018

```
NIXIE         100    FE 1        0011/12/25
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
     UTF    BC: 15219441350    *1143-01431-07-40
10218>6613
```