**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-MKST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-MKST, THE RR INTEREST OWNER AND THE FUTURE ADVANCE LENDER,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | **NO. 23-146** |
| **NG 1500 MARKET ST. LLC,** *Defendant.* | : | |

# ORDER

**AND NOW**, this 27th day of July 2026, upon consideration of Universal Group Company Inc.'s, ("Universal"), omnibus *motion to intervene, for a temporary restraining order and preliminary injunction, for unsealing of ECF 73 through 75, for expedited targeted discovery, for enforcement of the receivership order (ECF 20) and modification order (ECF 43), and for reservation of rights*, (ECF 82), and *motion for expedited consideration*, (ECF 83), Receiver CBRE, Inc.'s, response in opposition, (ECF 98), and Universal's reply brief, (ECF 99), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Universal's omnibus motion to intervene, (ECF 82), and motion for expedited consideration, (ECF 83), are **DENIED**.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*