**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE, FOR THE
BENEFIT OF REGISTERED HOLDERS OF
J.P. MORGAN CHASE COMMERCIAL         Civil Action No.   23-CV-00146-NIQA
MORTGAGE SECURITIES TRUST 2020-
MKST COMMERCIAL MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2020-
MKST, THE RR INTEREST OWNER AND
THE FUTURE ADVANCE LENDER,

      Plaintiff,

    v.

NG 1500 MARKET ST., LLC,

      Defendant.

---

**RECEIVER'S CERTIFICATION OF NO NEW PURCHASE OFFERS**

I, *Christopher Schueller*, of full age, hereby certify as follows:

1.      I am an attorney admitted to practice law in the Commonwealth of Pennsylvania and a shareholder in the law firm of Buchanan Ingersoll & Rooney PC, attorneys for CBRE, Inc. ("**Receiver**"), the Court appointed receiver over the real property located at 1500 Market Street, Philadelphia, Pennsylvania 19102 (the "**Property**"). I submit this Certification in support of the Receiver's *Motion for Order Approving the Private Sale of Receivership Property and Granting Related Relief* [Dkt No. 92](the "**Motion**").

2.      After the Receiver published a notice of the proposed sale of the Property in the Philadelphia Inquirer on July 31, 2026, the Receiver has not received any new purchase offers.

Respectfully submitted,

Dated: August 12, 2026                 **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher P. Schueller*
Christopher P. Schueller (PA ID 92746)
Mark Pfeiffer (PA ID 76245)
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
Tel:  (215 665-8700
Fax:  (215) 665-8760
*Attorneys for the Receiver*